# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re:**    **Tracey Brooks Holloway** | ) ) | **19 B 19003** |
| Debtor(s) | ) ) ) | **Judge Timothy A Barnes** |

*Notice of Motion & Certificate of Service*

**Tracey Brooks Holloway**          David Siegel
**1415 N Dearborn Unit 16A**         *Via the clerk's ecf noticing procedures*
**Chicago, IL 60610**

    On **October 10, 2019 at 10:30 a.m.** I will appear in Courtroom 744 of the Dirksen Federal Building at 219 S. Dearborn Chicago, IL 60604, and present this motion, a copy of which is hereby served upon you.

    I certify under penalty of perjury that I mailed a copy of this notice to the above listed persons by first class US mail, postage prepaid, or as otherwise indicated above on September 19, 2019.

                                                               Marilyn O Marshall, Trustee

                                                              /s/ O. Anthony Olivadoti
                                                              By: Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S. Michigan
Suite 800
Chicago, IL 60604
(312) 431-6533

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re:    Tracey Brooks Holloway | ) | 19 B 19003 |
| | ) | |
| Debtor(s) | ) | Judge Timothy A Barnes |
| | ) | |

*Motion to Dismiss Case for Ineligibility*

NOW COMES Marilyn O Marshall, Standing Trustee, and requests that this case be dismissed as Debtors are ineligible for Chapter 13 relief pursuant to 11 USC Section 109(e), and in support thereof states the following:

1. Debtor filed a petition for relief under Chapter 13 on July 5, 2019.

2. Section 11 USC §109(e), provides in part that only a Debtors whose unsecured debt does not exceed $419,275.00 and secured debt of less than $1,257,850.00 may proceed under Chapter 13.

3. Debtor's original schedules indicate that the debtor owes $12,000.00 in priority debt and $208.732.00 in general unsecured debt.

4. Debtor's schedules were not filed in good faith as debtor did not disclose that her company, Gold Coast Partners, LLC was in a Chapter 11 case nor did the debtor disclose all the debts and creditors that she guaranteed for her company.

5. To date creditors have filed total claims of $672,663.97. Of those claims, $378.689.29 are unsecured (note that claims 22 and 23 are duplicative and only were counted once in the totals).

6. Debtor is a guarantor and appears to be also personally liable to an undisclosed creditor in this case, Alliance Laundry Systems, LLC.

7. Alliance is schedules by Gold Coast in the Chapter 11 case as being owed $600,240.94 to secure collateral valued at $177,535.00. This leaves the debtor with additional unsecured debt of $422,705.94.

8. Therefore, Debtor's owes at least $801,395.23 in unsecured debt alone as of the date this case was filed.

9. Debtor is over the debt limit when this case was filed and therefore not eligible for Chapter 13 relief.

WHEREFORE, Trustee prays that this case be dismissed, and for such other and further relief as this court deems proper.

Respectfully submitted,

Marilyn O Marshall, Trustee

/s/ O. Anthony Olivadoti
By: Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S. Michigan, Suite 800
Chicago, IL 60604
(312) 431-6533