IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------------------x
:
In re: : Chapter 13
:
TRACEY BROOKS HOLLOWAY, : Case No. 19-19003
:
Debtor. : Judge Timothy A. Barnes
:
----------------------------------------------------------------------x

**MOTION TO EXTEND TIME TO OBJECT TO
DISCHARGE AND/OR DISCHARGEABILITY OF DEBT
AND NOTICE OF OPPORTUNITY FOR HEARING**

Strategic Funding Source, Inc. ("Strategic"), a creditor herein, by and through its counsel, submits its Motion to Extend Time to Object to Discharge and/or Dischargeability of Debt. In support of this Motion, Strategic states as follows:

1. On July 5, 2019, Tracey Brooks Holloway ("Debtor") filed the above-captioned Chapter 13 case.

2. The Debtor's first meeting of creditors was scheduled to be held on July 31, 2019. The deadline to object to discharge is September 30, 2019.

3. On September 19, 2019, the trustee filed a motion to dismiss this bankruptcy for ineligibility because the Debtor's unsecured debt of $801,395.23 exceeds the limit of $419,275.00. This motion has been noticed for hearing on October 10, 2019.

4. During the pendency of Debtor's bankruptcy case, Strategic has been diligently researching what appear to be fraudulent statements made by Debtor in conjunction with Debtor's entity obtaining financing from Strategic including, but not limited to, fraudulent statements about: (1) the ownership of Debtor's company; (2) the financial condition of Debtor's company; and (3)

her intent to use the funds for a purpose other than her business and may, upon conclusion of the investigation, support objecting to discharge of her debts.

5. Strategic has been adversely affected by the actions of Debtor, and Strategic believes that it may have grounds to file a non-dischargeability action based on the following, at a minimum: her concealment of property of the debtor before the filing of the petition and property of the estate after the date of the filing of the petition with intent to hinder, delay, or defraud a creditor; and her knowing and fraudulent false schedules to the court. The exact nature and extent of claims and damages is yet to be fully determined, and is under ongoing investigation by Strategic.

6. Strategic requests additional time to afford it an opportunity to further investigate and evaluate whether grounds exist to object to Debtor's discharge or the dischargeability of Strategic's claim.

7. The extension would prevent unnecessary expense and waste of judicial resources because of the likelihood of dismissal for ineligibility.

8. No previous extensions of the deadline to object to discharge have been sought by Strategic.

9. Fed. R. Bankr. P. 4004 and 4007 allow an extension of time to file a Complaint based on 11 U.S.C. §§ 727 and/or 523 "for cause" if the request is sought prior to the expiration of the original deadline. Fed. R. Bankr. P. 4004(b); 4007(c). Here, this motion is being filed before the September 30, 2019 deadline. Strategic respectfully submits that, for the reasons set forth above, there is sufficient cause to grant the extension of time requested herein up through and including November 25, 2019.

10. Strategic states that this extension is not requested for the purpose of delay and will not prejudice the Debtor or other creditors herein.

11. WHEREFORE, Strategic Funding Source, Inc. respectfully requests the entry of an order granting the relief requested herein and such other and further relief as the Court may deem just.

Respectfully submitted:
Strategic Funding Source
By one of its attorneys

/s/ Sandy L. Morris
ARDC #6270309

Sandy L. Morris
Valentine Austriaco & Bueschel, P.C
105 W. Adams Street 35th Floor
Chicago, IL  60603
312-238-9545
smorris@vablawfirm.com