# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------x
:
In re:                                         :    Chapter 13
:
TRACEY BROOKS HOLLOWAY,                        :    Case No. 19-19003
:
Debtor.                              :    Judge Timothy A. Barnes
:
------------------------------------------------------------------------x

## NOTICE OF MOTION

**TO:**   See attached list

PLEASE TAKE NOTICE that on October 10, 2019 at 10:30 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, in Courtroom 744, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois and present **Strategic Funding Source, Inc.'s Motion to Extend Time to Object to Discharge and/or Dischargeability of Debt**, a copy of which is attached.

> Strategic Fundng Source, Inc.
> Sandy L. Morris (#6270309)
> Valentine Austriaco & Bueschel, P.C
> 105 W. Adams Street 35th Floor
> Chicago, IL  60603
> 312-238-9545
> smorris@vablawfirm.com

## CERTIFICATE OF SERVICE

Sandy L. Morris certifies that she caused a true copy of the above and foregoing notice and attached pleadings to be served upon the attached service list electronically or by U.S. Mail, as indicated, on September 27, 2019.

/s/  Sandy L. Morris

## ELECTRONIC SERVICE LIST

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

David M. Siegel & Associates
davidsiegelbk@gmail.com

O. Anthony Olivadoti
Office of Marilyn O Marshall
courtdocs@chi13.com

Jay A Andrew on behalf of Creditor KMAK, LLC
jaa@dgaalaw.com, jaalaw@ymail.com

Peter C Bastianen on behalf of Creditor U.S. Bank National Association
ND-Four@il.cslegal.com

## U.S. MAIL SERVICE LIST

| | |
|---|---|
| Tracey Brooks Holloway | U.S. BANK NATIONAL |
| 1415 N Dearborn | ASSOCIATION |
| Unit 16A | 14841 Dallas Pkwy Suite 425 |
| Chicago, IL 60610 | Dallas, TX 75254 |