Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Tracey Brooks Holloway |
| | aka Tracey Leslie Brooks |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 19-19003 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association

**Court claim no.** (if known): 16-1

**Last four digits** of any number you use to identify the debtor's account: 9593

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 08/30/2019 | (5) $200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $200.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Tracey Brooks Holloway | Case Number (if known) | 19-19003 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Signature: /s/ Mukta Suri

Date: 09/06/2019

Print: Mukta Suri

Title: Authorized Agent for U.S. Bank National Association

Company: Bonial & Associates, P.C.

Address: 14841 Dallas Parkway, Suite 425
Dallas, Texas 75254

Contact phone: (972) 643-6600

Email: POCInquiries@BonialPC.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    3216-N-3407

## CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 10, 2019 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Tracey Brooks Holloway
1415 N Dearborn
Unit 16A
Chicago, IL 60610

**Debtors' Attorney**
David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL  60090

**Chapter 13 Trustee**
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Respectfully Submitted,

/s/ **Mukta Suri**