| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Tracey Brooks Holloway |
| | aka Tracey Leslie Brooks |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 19-19003 |

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association

**Court claim no.** (if known): 14

**Last four digits** of any number you use to identify the debtor's account: 9313

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/02/2019

**New total payment:**
Principal, interest, and escrow, if any  $738.50

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment:  $                New escrow payment:  $

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:         %           New interest rate:          %
   Current principal and interest payment  $           New principal and interest payment:  $

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:   Minimum payment calculation based on balance and days in billing cycle.
   Current mortgage payment:   $788.79           New mortgage payment:   $738.50

| Debtor 1 | Tracey | Brooks | Holloway | Case Number *(if known)* | 19-19003 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| ✗ | /s/ Natalie E. Lea | Date | 09/11/2019 |
|---|---|---|---|
| | Signature | | |

| Print: | Natalie E. Lea | Title | Authorized Agent for U.S. Bank National Association |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
           Number           Street

           Dallas, Texas  75254
           City           State           Zip Code

Contact phone    (972) 643-6600        Email    POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 11, 2019 via electronic notice unless otherwise stated.

**Debtor**         *Via U.S. Mail*
Tracey Brooks Holloway
1415 N Dearborn
Unit 16A
Chicago, IL 60610

**Debtors' Attorney**
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL  60090

**Chapter 13 Trustee**
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Respectfully Submitted,

/s/  Natalie E. Lea